**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLES R. DIXON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 25-00512-JB-B |
| | * |
| **KEVIN BOUCHER,** *et al.*, | * |
| | * |
| **Defendants.** | * |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated April 6, 2026 (Doc. 7) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with the Court's order.

**DONE and ORDERED** this 29th day of April, 2026.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
CHIEF UNITED STATES DISTRICT JUDGE